**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1117**

———————————

ROBERT L. AYERS,

                                    Plaintiff - Appellant,

        versus

MARSH & MCLENNAN COMPANIES, INCORPORATED, A
Corporation,

                                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph Robert Goodwin,
District Judge.  (CA-03-2239-2)

———————————

Submitted:  October 31, 2005          Decided:  November 29, 2005

———————————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James B. Lees, Jr., HUNT & LEES, L.C., Charleston, West Virginia,
for Appellant.  Larry R. Seegull, DLA PIPER RUDNICK GRAY CARY,
U.S., L.L.P., Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert L. Ayers appeals the district court's order granting summary judgment in favor of Marsh & McLennan Companies, Inc., in Ayers' breach of contract action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Ayers v. Marsh & McLennan Cos., Inc.</u>, No. CA-03-2239-2 (S.D. W. Va. Dec. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>